IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRAZELL I** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA COMMONWEALTH,** | : | **NO. 14-1141** |
| **et al.** | : | |

## ORDER

AND NOW, this 17th day of June, 2014, upon consideration of Trazell I's "Motion to Amend Original Complaint and Request for Electronic Filing," (Document No. 8) it is ORDERED that:

1. Trazell I is GRANTED leave to file an amended complaint. The Clerk of Court shall docket the complaint attached to Trazell I's motion as an amended complaint.

2. The amended complaint is DISMISSED for the reasons discussed in the Court's memorandum.

3. Trazell I is GRANTED electronic case filing privileges in accordance with Local Rule of Civil Procedure 5.1.2(4)(b).

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER, J.